# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 19, 2024

Lyle W. Cayce
Clerk

————————

No. 23-40260
Summary Calendar

————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Jose Murillo-Alegria,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:21-CR-42-1

_____

Before Jolly, Higginson, and Duncan, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Jose Murillo-Alegria has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Murillo-Alegria has filed a response. We have reviewed counsel's

_____

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-40260

brief and the relevant portions of the record reflected therein, as well as Murillo-Alegria's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.